AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pollak, Cheryl L. | U.S. District Court, E.D.N.Y. | 12/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2016 to 12/31/2016 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 2.   Rental Property Kiawah Island, SC (2010 $1.8 million) | E | Rent | P1 | R | | | | | |
| 3.   Rental Property Syosset, NY 11791 (2014 $2 million) (X) | A | Rent | P1 | R | | | | | |
| 4.   AB Discovery Growth Fund | A | Dividend | L | T | Buy (add'l) | 01/11/16 | J | | |
| 5. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 6. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 7. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 8. | | | | | Sold (part) | 11/17/16 | J | A | |
| 9. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 10.   AB Discovery Value Fund | A | Dividend | L | T | Buy (add'l) | 01/07/16 | J | | |
| 11. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 12. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 13. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 14. | | | | | Sold (part) | 07/25/16 | J | A | |
| 15. | | | | | Sold (part) | 08/31/16 | J | A | |
| 16. | | | | | Sold (part) | 09/23/16 | J | A | |
| 17. | | | | | Sold (part) | 11/11/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/14/16 | J | A | |
| 19. | | | | | Sold (part) | 11/15/16 | J | A | |
| 20. | | | | | Sold (part) | 11/17/16 | J | A | |
| 21. | | | | | Sold (part) | 11/21/16 | J | A | |
| 22. | | | | | Sold (part) | 12/07/16 | J | A | |
| 23. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 24. AB International Small Cap | A | Dividend | L | T | Buy | 02/22/16 | L | | |
| 25. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 26. AB International Strategic | A | Dividend | M | T | Buy | 02/22/16 | M | | |
| 27. AB International Stratetic Equities | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 28. AB Multi-manager Alt Fd (form. AllianceBernstein Multi-manager Alt Fd) | A | Dividend | N | T | Buy (add'l) | 12/31/15 | J | | |
| 29. AB Small Cap Core Portfolio | A | Dividend | L | T | Buy | 03/07/16 | J | | |
| 30. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 31. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 32. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 33. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 34. | | | | | Buy (add'l) | 08/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 36. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 37. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 38. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 39. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 40. AB Wealth Appreciation Strategy | A | Dividend | M | T | Buy | 01/19/16 | K | | |
| 41. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 42. | | | | | Sold (part) | 01/26/16 | J | A | |
| 43. | | | | | Buy (add'l) | 02/02/16 | K | | |
| 44. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 45. | | | | | Sold (part) | 04/19/16 | J | A | |
| 46. | | | | | Sold (part) | 07/22/16 | J | A | |
| 47. | | | | | Sold (part) | 10/25/16 | J | A | |
| 48. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 49. Adobe Systems Inc. | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 50. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 51. | | | | | Buy (add'l) | 10/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Advansix Inc. | A | Dividend | | | Sold | 10/04/16 | J | A | |
| 53. AETNA | A | Dividend | K | T | Sold (part) | 01/06/16 | J | A | |
| 54. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 55. | | | | | Sold (part) | 02/22/16 | J | A | |
| 56. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 57. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 58. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 59. Alexion Pharmaceuticals Inc. | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 60. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 61. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 62. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 63. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 64. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 65. Alphabet Inc. Class A | A | Dividend | J | T | Sold (part) | 01/05/16 | J | C | |
| 66. | | | | | Sold (part) | 02/12/16 | J | A | |
| 67. | | | | | Sold (part) | 03/01/16 | J | A | |
| 68. | | | | | Sold (part) | 03/07/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/08/16 | J | B | |
| 70. Alphabet Inc. Class C | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 71. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 72. AMDOCS Ltd. | A | Dividend | J | T | Sold (part) | 01/06/16 | J | B | |
| 73. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 74. | | | | | Sold (part) | 05/26/16 | J | A | |
| 75. | | | | | Sold (part) | 09/20/16 | J | A | |
| 76. | | | | | Sold (part) | 09/22/16 | J | A | |
| 77. | | | | | Sold (part) | 09/28/16 | J | A | |
| 78. American Beacon (X) | A | Dividend | J | T | Sold (part) | 05/26/16 | J | A | |
| 79. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 80. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 81. American Century Heritage (X) | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 82. American Electric Power | A | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 83. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 84. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 85. | | | | | Buy (add'l) | 02/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 87. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 88. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 89. American International Group | A | Dividend | K | T | Buy (add'l) | 02/04/16 | K | | |
| 90. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 91. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 92. | | | | | Sold (part) | 05/17/16 | J | A | |
| 93. | | | | | Sold (part) | 07/20/16 | J | A | |
| 94. | | | | | Sold (part) | 08/01/16 | J | A | |
| 95. AMG GW&K Small Cap | A | Dividend | O | T | Buy (add'l) | 12/27/16 | J | | |
| 96. Amphenol Corp. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 97. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 98. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 99. | | | | | Sold (part) | 07/25/16 | J | A | |
| 100. | | | | | Sold (part) | 07/26/16 | J | A | |
| 101. | | | | | Sold (part) | 07/27/16 | J | A | |
| 102. Ansys Inc. | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 02/22/16 | J | A | |
| 104. | | | | | Sold<br>(part) | 07/18/16 | J | B | |
| 105. Anthem Inc. | A | Dividend | | | Sold<br>(part) | 01/04/16 | J | A | |
| 106. | | | | | Buy<br>(add'l) | 02/04/16 | J | | |
| 107. | | | | | Sold<br>(part) | 02/22/16 | J | A | |
| 108. | | | | | Buy<br>(add'l) | 03/16/16 | J | | |
| 109. | | | | | Sold<br>(part) | 08/03/16 | J | A | |
| 110. | | | | | Sold<br>(part) | 08/18/16 | J | A | |
| 111. | | | | | Sold | 08/19/16 | J | A | |
| 112. Aon | A | Dividend | | | Sold | 01/05/16 | J | B | |
| 113. Apple Inc. | A | Dividend | K | T | Buy<br>(add'l) | 02/04/16 | J | | |
| 114. | | | | | Sold<br>(part) | 03/24/16 | J | A | |
| 115. | | | | | Sold<br>(part) | 08/02/16 | J | A | |
| 116. Applied Materials Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/16 | J | | |
| 117. | | | | | Sold<br>(part) | 02/25/16 | J | A | |
| 118. | | | | | Sold<br>(part) | 03/07/16 | J | A | |
| 119. | | | | | Sold<br>(part) | 04/15/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/04/16 | J | A | |
| 121. | | | | | Sold (part) | 05/12/16 | J | A | |
| 122. | | | | | Sold (part) | 05/13/16 | J | A | |
| 123. | | | | | Sold (part) | 06/08/16 | J | A | |
| 124. | | | | | Sold (part) | 06/10/16 | J | A | |
| 125. | | | | | Sold (part) | 08/04/16 | J | A | |
| 126. | | | | | Sold (part) | 08/30/16 | J | A | |
| 127. | | | | | Sold (part) | 09/21/16 | J | A | |
| 128. | | | | | Sold (part) | 10/10/16 | J | A | |
| 129. | | | | | Sold (part) | 10/11/16 | J | A | |
| 130. | | | | | Sold (part) | 11/04/16 | J | A | |
| 131. | | | | | Sold (part) | 11/11/16 | J | A | |
| 132. Artisan Int'l Fund | A | Dividend | M | T | Buy (add'l) | 11/17/16 | J | | |
| 133. Ball Corp. | A | Dividend | | | Sold (part) | 02/22/16 | J | A | |
| 134. | | | | | Sold (part) | 02/25/16 | J | A | |
| 135. | | | | | Sold (part) | 03/10/16 | J | A | |
| 136. | | | | | Sold (part) | 03/18/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/29/16 | J | A | |
| 138. Bank of America | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 139. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 140. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 141. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 142. | | | | | Sold (part) | 06/30/16 | J | A | |
| 143. | | | | | Sold (part) | 08/02/16 | J | | |
| 144. | | | | | Sold (part) | 11/10/16 | J | A | |
| 145. Berkshire Hathaway Inc. | A | Dividend | K | T | | | | | |
| 146. Bernstein Emerging Markets Portfolio | A | Dividend | L | T | Buy (add'l) | 02/04/16 | J | | |
| 147. | | | | | Sold (part) | 02/22/16 | J | C | |
| 148. | | | | | Sold (part) | 11/17/16 | J | A | |
| 149. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 150. Bernstein International Portfolio | B | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 151. | | | | | Sold (part) | 01/26/16 | J | A | |
| 152. | | | | | Sold | 02/02/16 | J | A | |
| 153. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 12/31/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 155. | | | | | Sold (part) | 01/22/16 | J | A | |
| 156. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 157. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 158. | | | | | Sold (part) | 04/19/16 | J | A | |
| 159. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 160. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 161. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 162. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 163. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 164. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 165. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 166. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 167. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 168. | | | | | Sold (part) | 10/25/16 | J | A | |
| 169. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 170. | | | | | Buy (add'l) | 11/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 172. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 02/04/16 | K | | |
| 173. | | | | | Sold (part) | 02/22/16 | J | C | |
| 174. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 175. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 02/04/16 | K | | |
| 176. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 177. Bernstein Tax-Aware Overlay N Portfolio Class 1 ((no control) | D | Dividend | P1 | T | Buy (add'l) | 02/04/16 | K | | |
| 178. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 179. Biogen Idec Inc. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 180. | | | | | Sold (part) | 10/21/16 | J | A | |
| 181. Blackrock Global Allocations Fd Inc. | A | Dividend | K | T | Sold (part) | 09/19/16 | J | A | |
| 182. Blackrock High Yield | A | Dividend | N | T | Buy (add'l) | 01/06/16 | J | | |
| 183. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 184. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 185. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 186. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 187. | | | | | Buy (add'l) | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 189. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 190. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 191. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 192. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 193. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 194. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 195. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 196. Capital One Financial Corp. | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 197. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 198. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 199. | | | | | Sold (part) | 03/15/16 | J | A | |
| 200. | | | | | Sold (part) | 05/19/16 | J | A | |
| 201. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 202. | | | | | Sold (part) | 08/22/16 | J | A | |
| 203. | | | | | Sold (part) | 09/14/16 | J | A | |
| 204. | | | | | Sold (part) | 09/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 11/01/16 | J | A | |
| 206. | | | | | Sold (part) | 11/10/16 | J | A | |
| 207. Cardinal Health Inc. | A | Dividend | J | T | Buy | 11/25/16 | J | | |
| 208. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 209. CF Industries Holdings Inc. | A | Dividend | | | Buy (add'l) | 02/01/16 | J | | |
| 210. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 211. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 212. | | | | | Sold (part) | 05/23/16 | J | B | |
| 213. | | | | | Sold (part) | 06/07/16 | J | A | |
| 214. | | | | | Sold (part) | 07/07/16 | J | A | |
| 215. | | | | | Sold (part) | 07/18/16 | J | A | |
| 216. | | | | | Sold (part) | 09/12/16 | J | A | |
| 217. | | | | | Sold (part) | 09/14/16 | J | A | |
| 218. | | | | | Sold | 09/15/16 | J | A | |
| 219. Cigna Corp. | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 220. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 221. | | | | | Buy (add'l) | 08/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 223. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 224. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 225. Cintas Corp. | A | Dividend | L | T | | | | | |
| 226. Cisco Systems Inc. | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 227. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 228. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 229. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 230. Citibank-Checking | B | Interest | L | T | | | | | |
| 231. Citibank Insured Money Mkt Acct. (IRA - CD) | A | Interest | J | T | | | | | |
| 232. Citibank Insured Money Mkt. Acct. (IRA - Solomon) | A | Interest | K | T | | | | | |
| 233. Citibank Insured Money Mkt Acct. (IRA) | A | Interest | J | T | | | | | |
| 234. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 235. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 236. Citizens Financial Group | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 237. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 238. | | | | | Sold (part) | 07/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 07/19/16 | J | A | |
| 240. Clearbridge Aggr Gwth (Legg Mason) | A | Dividend | M | T | Sold (part) | 01/06/16 | J | A | |
| 241. Clearbridge Appreciation Fund (Legg Mason) | E | Dividend | | | Sold | 01/05/16 | M | F | |
| 242. Comcast Corp. | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 243. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 244. Computer Sciences Corp. | A | Dividend | | | Buy | 01/22/16 | J | | |
| 245. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 246. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 247. | | | | | Sold | 04/22/16 | J | A | |
| 248. Costco Wholesale Corp. | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 249. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 250. | | | | | Sold (part) | 02/22/16 | J | A | |
| 251. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 252. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 253. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 254. | | | | | Sold (part) | 07/18/16 | J | A | |
| 255. | | | | | Sold (part) | 07/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. CVS Health Corp. (formerly CVS / Caremark Corp.) | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 257. | | | | | Sold (part) | 03/07/16 | J | A | |
| 258. | | | | | Sold (part) | 05/13/16 | J | A | |
| 259. | | | | | Sold (part) | 05/18/16 | J | A | |
| 260. | | | | | Sold (part) | 07/26/16 | J | A | |
| 261. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 262. Danaher Corp. | A | Dividend | | | Sold (part) | 01/08/16 | J | A | |
| 263. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 264. | | | | | Sold (part) | 02/18/16 | J | A | |
| 265. | | | | | Sold (part) | 02/25/16 | J | A | |
| 266. | | | | | Sold (part) | 02/26/16 | J | A | |
| 267. | | | | | Sold (part) | 05/13/16 | J | A | |
| 268. | | | | | Sold (part) | 05/16/16 | J | A | |
| 269. | | | | | Sold (part) | 09/13/16 | J | B | |
| 270. | | | | | Sold (part) | 09/14/16 | J | A | |
| 271. | | | | | Sold | 09/15/16 | J | B | |
| 272. Davis NY Venture Fund - Mutual Fund | A | Dividend | L | T | Sold (part) | 09/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Delta Air Lines, Inc. | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 274. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 275. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 276. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 277. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 278. Devon Energy Corp. | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 279. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 280. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 281. DFA US Small Cap Port Inst. | A | Dividend | L | T | Buy | 01/06/16 | J | | |
| 282. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 283. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 284. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 285. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 286. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 287. Discover Financial Services | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 288. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 289. | | | | | Sold (part) | 03/15/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 21 of 55

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

12/06/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 08/19/16 | J | A | |
| 291. | | | | | Sold (part) | 11/04/16 | J | A | |
| 292. Dodge & Cox Int'l Stock Fund (X) | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 293. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 294. | | | | | Sold (part) | 02/26/16 | J | A | |
| 295. | | | | | Sold (part) | 05/11/16 | J | A | |
| 296. | | | | | Sold (part) | 07/26/16 | J | A | |
| 297. | | | | | Sold (part) | 11/30/16 | J | A | |
| 298. | | | | | Sold (part) | 12/02/16 | J | A | |
| 299. Dow Chemical | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 300. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 301. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 302. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 303. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 304. Dr. Pepper Snapple Group Inc. | A | Dividend | J | T | Sold (part) | 02/22/16 | J | A | |
| 305. | | | | | Sold (part) | 06/07/16 | J | A | |
| 306. | | | | | Sold (part) | 09/21/16 | J | A | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 10/10/16 | J | A | |
| 308. | | | | | Sold (part) | 10/12/16 | J | A | |
| 309. | | | | | Sold (part) | 10/13/16 | J | A | |
| 310. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 311. Eaton Corp. | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 312. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 313. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 314. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 315. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 316. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 317. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 318. Ebay Inc. | A | Dividend | J | T | Sold (part) | 01/29/16 | J | A | |
| 319. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 320. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 321. Edgewood Growth Inst'l. (X) | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 322. Edison International | A | Dividend | K | T | Sold (part) | 02/01/16 | J | A | |
| 323. | | | | | Sold (part) | 02/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 325. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 326. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 327. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 328. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 329. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 330. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 331. Edwards Lifesciences | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 332. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 333. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 334. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 335. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 336. EOG RES Inc. | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 337. | | | | | Sold (part) | 03/10/16 | J | A | |
| 338. | | | | | Sold (part) | 10/26/16 | J | A | |
| 339. Estee Lauder Companies | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 340. | | | | | Buy (add'l) | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 342. | | | | | Sold (part) | 02/22/16 | J | A | |
| 343. | | | | | Sold (part) | 06/01/16 | J | A | |
| 344. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 345. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 346. | | | | | Sold (part) | 12/13/16 | J | A | |
| 347. | | | | | Sold (part) | 12/14/16 | J | A | |
| 348. | | | | | Sold | 12/21/16 | J | A | |
| 349.  Exelon | A | Dividend | J | T | | | | | |
| 350.  Exxon Mobil Corp. | A | Dividend | K | T | Buy | 05/10/16 | J | | |
| 351. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 352. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 353. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 354. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 355. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 356. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 357. | | | | | Buy (add'l) | 06/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 359. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 360. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 361. F5 Networks Inc. | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 362. Facebook Inc. | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 363. | | | | | Sold (part) | 03/01/16 | J | A | |
| 364. | | | | | Sold (part) | 03/02/16 | J | A | |
| 365. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 366. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 367. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 368. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 369. Fiserv Inc. | A | Dividend | J | T | Sold (part) | 01/19/16 | J | A | |
| 370. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 371. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 372. Fortive Corp. | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 373. Gamestop Corp. | A | Dividend | | | Sold (part) | 02/22/16 | J | A | |
| 374. | | | | | Sold (part) | 03/04/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 03/23/16 | J | A | |
| 376. General Electric | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 377. General Mills | A | Dividend | | | Buy | 05/19/16 | J | | |
| 378. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 379. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 380. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 381. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 382. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 383. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 384. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 385. | | | | | Sold (part) | 10/14/16 | J | A | |
| 386. | | | | | Sold (part) | 10/17/16 | J | A | |
| 387. | | | | | Sold | 10/18/16 | J | A | |
| 388. Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 389. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 390. | | | | | Sold (part) | 02/25/16 | J | A | |
| 391. | | | | | Sold (part) | 03/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 393. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 394. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 395. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 396. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 397. GP Strategies Corp. | | None | J | T | | | | | |
| 398. Halliburton Co. | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 399. Helmerich & Payne | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 400. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 401. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 402. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 403. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 404. | | | | | Sold (part) | 11/04/16 | J | A | |
| 405. | | | | | Sold (part) | 11/08/16 | J | A | |
| 406. Hess Corp. | A | Dividend | K | T | Buy | 02/09/16 | J | | |
| 407. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 408. | | | | | Buy (add'l) | 03/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 410. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 411. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 412. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 413. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 414. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 415. | | | | | Sold (part) | 11/04/16 | J | A | |
| 416. Hewlett Packard Enterprise Co. | A | Dividend | J | T | Sold (part) | 02/12/16 | J | A | |
| 417. | | | | | Sold (part) | 10/17/16 | J | A | |
| 418. Honeywell International Inc. | A | Dividend | K | T | Buy | 04/14/16 | J | | |
| 419. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 420. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 421. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 422. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 423. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 424. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 425. | | | | | Buy (add'l) | 11/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. HP Inc. | A | Dividend | J | T | Sold (part) | 02/22/16 | J | A | |
| 427. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 428. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 429. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 430. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 431. Intel Corp. | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 432. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 433. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 434. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 435. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 436. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 437. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 438. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 439. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 440. Int'l. Business Machines Corp. | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 441. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 442. | | | | | Buy (add'l) | 12/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 444. Intuitive Surgical Inc. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 445. | | | | | Sold (part) | 02/22/16 | J | A | |
| 446. | | | | | Sold (part) | 02/25/16 | J | A | |
| 447. | | | | | Sold (part) | 05/27/16 | J | A | |
| 448. | | | | | Sold (part) | 06/01/16 | J | A | |
| 449. | | | | | Sold (part) | 08/04/16 | J | A | |
| 450. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 451. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | M | T | Buy (add'l) | 03/18/16 | J | | |
| 452. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 453. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 454. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 455. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 456. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 457. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 458. Ishares Russell (X) | A | Dividend | | | Sold | 05/31/16 | J | A | |
| 459. ITT Corp. | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 55

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

12/06/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 02/22/16 | J | A | |
| 461. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 462. | | | | | Sold (part) | 06/30/16 | J | A | |
| 463. | | | | | Sold (part) | 07/05/16 | J | A | |
| 464. | | | | | Sold (part) | 09/20/16 | J | A | |
| 465. | | | | | Sold (part) | 10/19/16 | J | A | |
| 466. JetBlue Airways | A | Dividend | | | Sold | 05/13/16 | J | A | |
| 467. Johnson & Johnson | A | Dividend | L | T | Buy (add'l) | 02/04/16 | J | | |
| 468. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 469. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 470. JP Morgan Chase & Co. | A | Dividend | | | Buy | 07/01/16 | J | | |
| 471. | | | | | Sold | 08/01/16 | J | A | |
| 472. Kimberly-Clark Corp. | A | Dividend | J | T | Buy (add'l) | 01/20/16 | J | | |
| 473. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 474. | | | | | Sold (part) | 10/31/16 | J | A | |
| 475. | | | | | Sold (part) | 12/12/16 | J | A | |
| 476. | | | | | Sold (part) | 12/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 55

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

12/06/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Kroger Co. | A | Dividend | K | T | Buy (add'l) | 10/14/16 | J | | |
| 478. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 479. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 480. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 481. L Brands Inc. | A | Dividend | | | Buy (add'l) | 02/01/16 | J | | |
| 482. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 483. | | | | | Sold (part) | 04/04/16 | J | A | |
| 484. | | | | | Sold (part) | 04/05/16 | J | A | |
| 485. | | | | | Sold | 04/15/16 | J | A | |
| 486. L-3 Technologies (formerly L-3 Communications Holdings) | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 487. | | | | | Sold (part) | 10/20/16 | J | A | |
| 488. Lear Corp. | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 489. | | | | | Sold (part) | 08/03/16 | J | A | |
| 490. Loomis Sayles Small Cap (X) | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 491. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 492. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 493. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 55

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

12/06/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Lyondellbasell Indu - CL A | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 495. | | | | | Sold (part) | 05/03/16 | J | A | |
| 496. | | | | | Sold (part) | 05/05/16 | J | A | |
| 497. | | | | | Sold (part) | 05/10/16 | J | A | |
| 498. | | | | | Sold (part) | 05/19/16 | J | A | |
| 499. | | | | | Sold (part) | 06/02/16 | J | B | |
| 500. | | | | | Sold (part) | 06/03/16 | J | A | |
| 501. Magna International Inc. | A | Dividend | J | T | Sold (part) | 06/30/16 | J | A | |
| 502. | | | | | Sold (part) | 07/01/16 | J | B | |
| 503. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 504. McDonald's Corp. | A | Dividend | | | Buy (add'l) | 02/04/16 | J | | |
| 505. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 506. | | | | | Sold (part) | 07/18/16 | J | A | |
| 507. | | | | | Sold | 09/12/16 | J | A | |
| 508. McKesson Corp. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 509. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 510. | | | | | Sold (part) | 10/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 11/23/16 | J | B | |
| 512. | | | | | Sold (part) | 11/25/16 | J | A | |
| 513. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 514. Medtronic Inc. | A | Dividend | | | Sold (part) | 01/21/16 | J | A | |
| 515. | | | | | Sold (part) | 05/11/16 | J | A | |
| 516. | | | | | Sold | 12/08/16 | J | A | |
| 517. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 518. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 519. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 520. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 521. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 522. Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 523. | | | | | Sold (part) | 02/22/16 | J | A | |
| 524. | | | | | Sold (part) | 05/23/16 | J | A | |
| 525. | | | | | Sold (part) | 06/09/16 | J | A | |
| 526. Mobileye NV | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 527. Monster Beverage Corp. | A | Dividend | | | Sold (part) | 01/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 55

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

12/06/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 02/25/16 | J | A | |
| 529. | | | | | Sold (part) | 04/21/16 | J | A | |
| 530. | | | | | Sold (part) | 05/18/16 | J | A | |
| 531. | | | | | Sold | 05/19/16 | J | A | |
| 532. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 533. Morgan Stanley NY Municipal | A | Dividend | J | T | | | | | |
| 534. Mosaic Co. | A | Dividend | | | Buy | 01/05/16 | J | | |
| 535. | | | | | Sold | 02/02/16 | J | B | |
| 536. Murphy Oil Corp. | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 537. Nielsen Holdings | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 538. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 539. | | | | | Buy (add'l) | 10/18/16 | J | | |
| 540. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 541. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 542. Nike Inc. | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 543. | | | | | Sold (part) | 02/22/16 | J | A | |
| 544. | | | | | Buy (add'l) | 06/03/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Nisource Inc. | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 546. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 547. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 548. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 549. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 550. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 551. Northrop Grumman Corp. | A | Dividend | K | T | Sold (part) | 02/24/16 | J | A | |
| 552. | | | | | Sold (part) | 05/31/16 | J | A | |
| 553. | | | | | Sold (part) | 06/01/16 | J | A | |
| 554. | | | | | Sold (part) | 07/19/16 | J | A | |
| 555. Nuveen New York Quality | A | Interest | J | T | | | | | |
| 556. Nuveen NY Amt Free Municipal | B | Interest | | | Sold | 11/03/16 | J | A | |
| 557. N.Y. State Urban Development Bonds (Y) | A | Interest | J | T | | | | | |
| 558. Onemain Holdings Inc. | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 559. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 560. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 561. Oppenheimer Global Opportunity Fund | B | Dividend | K | T | Sold (part) | 09/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Pollak, Cheryl L.**

Date of Report

12/06/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Oppenheimer Developing Mkts | A | Dividend | J | T | Buy (add'l) | 12/02/16 | J | | |
| 563. Oracle Corp. | A | Dividend | K | T | Buy (add'l) | 01/26/16 | J | | |
| 564. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 565. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 566. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 567. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 568. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 569. OshKosh Corp. | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 570. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 571. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 572. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 573. Palo Alto Networks Inc. | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 574. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 575. Pepsico Inc. | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 576. | | | | | Sold (part) | 02/18/16 | J | A | |
| 577. | | | | | Sold (part) | 02/22/16 | J | A | |
| 578. | | | | | Sold (part) | 04/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 05/04/16 | J | A | |
| 580. | | | | | Sold (part) | 05/09/16 | J | A | |
| 581. | | | | | Sold (part) | 05/10/16 | J | A | |
| 582. | | | | | Sold (part) | 05/11/16 | J | A | |
| 583. | | | | | Sold (part) | 07/11/16 | J | A | |
| 584. | | | | | Sold (part) | 07/28/16 | J | A | |
| 585. | | | | | Sold (part) | 10/12/16 | J | A | |
| 586. | | | | | Sold (part) | 10/31/16 | J | A | |
| 587. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 588. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 02/22/16 | J | A | |
| 589. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 590. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 591. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 592. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 593. Pimco Foreign Bond Fund Institutional | A | Dividend | O | T | Buy (add'l) | 01/06/16 | J | | |
| 594. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 595. | | | | | Buy (add'l) | 02/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 597. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 598. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 599. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 600. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 601. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 602. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 603. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 604. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 605. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 606. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 607. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 01/29/16 | J | | |
| 608. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 609. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 610. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 611. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 612. | | | | | Buy (add'l) | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 614. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 615. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 616. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 617. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 618. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 619. PPL Corporation | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 620. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 621. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 622. | | | | | Sold (part) | 06/30/16 | J | A | |
| 623. | | | | | Sold | 10/13/16 | J | A | |
| 624. Priceline Group Inc. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 625. Progressive Corp. | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 626. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 627. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 628. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 629. | | | | | Buy (add'l) | 08/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 10/31/16 | J | A | |
| 631. | | | | | Sold (part) | 11/02/16 | J | A | |
| 632. Public Storage | A | Dividend | | | Buy (add'l) | 02/04/16 | J | | |
| 633. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 634. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 635. | | | | | Sold (part) | 09/19/16 | J | A | |
| 636. | | | | | Sold (part) | 09/20/16 | J | A | |
| 637. | | | | | Sold | 10/03/16 | J | A | |
| 638. Putnam New Opportunities | A | Dividend | K | T | | | | | |
| 639. Raytheon Company | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 640. Rockwell Collins Inc. | A | Dividend | | | Buy (add'l) | 02/04/16 | J | | |
| 641. | | | | | Sold (part) | 05/10/16 | J | A | |
| 642. | | | | | Sold (part) | 05/13/16 | J | A | |
| 643. | | | | | Sold | 06/28/16 | J | A | |
| 644. Ross Stores Inc. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 645. | | | | | Sold (part) | 02/25/16 | J | A | |
| 646. | | | | | Sold (part) | 02/29/16 | J | A | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2) U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. | | | | | Sold (part) | 04/14/16 | J | A | |
| 648. | | | | | Sold (part) | 04/15/16 | J | A | |
| 649. | | | | | Sold (part) | 05/12/16 | J | A | |
| 650. | | | | | Sold (part) | 05/13/16 | J | A | |
| 651. | | | | | Sold (part) | 07/18/16 | J | A | |
| 652. | | | | | Sold (part) | 10/19/16 | J | A | |
| 653. | | | | | Sold (part) | 10/31/16 | J | A | |
| 654. Schlumberger Ltd. | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 655. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 656. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 657. Schwab Breckinridge (no control) | A | Interest | P1 | T | | | | | |
| 658. Schwab Gov't Money Fund | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 659. | | | | | Buy (add'l) | 01/05/16 | J | | |
| 660. | | | | | Sold (part) | 01/06/16 | J | A | |
| 661. | | | | | Sold (part) | 01/07/16 | J | A | |
| 662. | | | | | Sold (part) | 01/27/16 | J | A | |
| 663. | | | | | Buy (add'l) | 02/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 665. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 666. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 667. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 668. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 669. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 670. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 671. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 672. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 673. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 674. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 675. | | | | | Buy (add'l) | 09/28/16 | J | | |
| 676. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 677. | | | | | Sold (part) | 11/01/16 | J | A | |
| 678. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 679. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 680. | | | | | Sold (part) | 11/30/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 682. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 683. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 684.  Schwab S&P 500 Index | A | Dividend | M | T | Buy (add'l) | 05/27/16 | J | | |
| 685. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 686. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 687.  Sealed Air Corp. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | |
| 688. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 689. | | | | | Sold (part) | 06/09/16 | J | A | |
| 690.  Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 691.  Servicenow Inc. | A | Dividend | | | Sold (part) | 05/04/16 | J | A | |
| 692. | | | | | Sold (part) | 06/17/16 | J | A | |
| 693. | | | | | Sold | 06/20/16 | J | A | |
| 694.  Sherwin-Williams Co. | A | Dividend | | | Buy (add'l) | 02/04/16 | J | | |
| 695. | | | | | Sold (part) | 02/22/16 | J | A | |
| 696. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 697. | | | | | Sold (part) | 04/05/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 04/15/16 | J | A | |
| 699. | | | | | Sold (part) | 08/05/16 | J | A | |
| 700. | | | | | Sold (part) | 08/09/16 | J | A | |
| 701. | | | | | Sold (part) | 08/10/16 | J | A | |
| 702. | | | | | Sold (part) | 08/11/16 | J | A | |
| 703. | | | | | Sold (part) | 09/01/16 | J | A | |
| 704. | | | | | Sold | 10/26/16 | J | A | |
| 705. SSGA S&P 500 Index (X) | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 706. Starbucks Corp. | A | Dividend | K | T | Sold (part) | 01/20/16 | J | A | |
| 707. | | | | | Sold (part) | 02/22/16 | J | A | |
| 708. | | | | | Sold (part) | 07/18/16 | J | A | |
| 709. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 710. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 711. | | | | | Buy (add'l) | 10/18/16 | J | | |
| 712. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 713. Synchrony Financial | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 714. | | | | | Buy (add'l) | 01/15/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

Pollak, Cheryl L.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 716. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 717. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 718. T-Mobile US Inc. | A | Dividend | K | T | Buy | 09/13/16 | J | | |
| 719. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 720. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 721. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 722. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 723. Texas Instruments Inc. | A | Dividend | K | T | Buy | 07/21/16 | J | | |
| 724. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 725. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 726. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 727. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 728. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 729. Templeton Global Bond Fund | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 730. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 01/29/16 | J | | |
| 731. | | | | | Buy (add'l) | 02/29/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 733. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 734. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 735. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 736. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 737. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 738. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 739. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 740. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 741. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 742. Tyson Foods Inc. | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 743. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 744. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 745. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 746. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 747. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 748. U.S. Treasury Bills | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  US Bancorp. | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 750. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 751. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 752. | | | | | Sold (part) | 03/11/16 | J | A | |
| 753. | | | | | Sold (part) | 05/11/16 | J | A | |
| 754. | | | | | Sold (part) | 05/13/16 | J | A | |
| 755. | | | | | Sold (part) | 07/19/16 | J | A | |
| 756. | | | | | Sold (part) | 08/04/16 | J | A | |
| 757. | | | | | Sold (part) | 08/16/16 | J | A | |
| 758. | | | | | Sold (part) | 09/22/16 | J | A | |
| 759.  Union Pacific Corp. | A | Dividend | | | Sold (part) | 01/25/16 | J | A | |
| 760. | | | | | Sold (part) | 02/02/16 | J | A | |
| 761. | | | | | Sold | 02/03/16 | J | A | |
| 762.  Unit EIF Equity S&P 500 | A | Dividend | K | T | Sold (part) | 09/19/16 | K | D | |
| 763.  United Parcel Service | A | Dividend | | | Buy | 05/11/16 | J | | |
| 764. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 765. | | | | | Buy (add'l) | 05/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 767. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 768. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 769. | | | | | Sold (part) | 09/13/16 | J | A | |
| 770. | | | | | Sold (part) | 09/14/16 | J | A | |
| 771. | | | | | Sold | 09/15/16 | J | A | |
| 772. United Technologies Corp. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 773. | | | | | Sold (part) | 03/24/16 | J | A | |
| 774. | | | | | Sold (part) | 04/12/16 | J | A | |
| 775. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 776. | | | | | Buy (add'l) | 10/18/16 | J | | |
| 777. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 778. Unitedhealth Group Inc. | A | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | |
| 779. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 780. | | | | | Sold (part) | 02/22/16 | J | A | |
| 781. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 782. | | | | | Sold (part) | 06/02/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 09/21/16 | J | A | |
| 784. Valero Energy Corp. | A | Dividend | | | Sold (part) | 01/04/16 | J | A | |
| 785. | | | | | Sold (part) | 01/19/16 | J | A | |
| 786. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 787. | | | | | Sold (part) | 02/22/16 | J | A | |
| 788. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 789. | | | | | Sold (part) | 08/04/16 | J | A | |
| 790. | | | | | Sold | 08/05/16 | J | A | |
| 791. Vanguard Morgan Growth Fund Admiral Share | A | Dividend | M | T | Buy | 01/07/16 | J | | |
| 792. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 793. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 794. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | O | T | Buy (add'l) | 01/06/16 | J | | |
| 795. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 796. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 797. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 798. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 799. | | | | | Buy (add'l) | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 801. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 802. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 803. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 804. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 805. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 806. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 807. Vanguard Windsor Fund Admiral Share | A | Dividend | M | T | Buy | 05/27/16 | J | | |
| 808. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 809. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 810. Visa Inc. | A | Dividend | K | T | Sold (part) | 01/19/16 | J | A | |
| 811. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 812. | | | | | Sold (part) | 05/23/16 | J | A | |
| 813. | | | | | Sold (part) | 07/28/16 | J | A | |
| 814. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 815. Voya Financial Inc. | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 816. | | | | | Sold | 01/27/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.                                    12/06/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. Walt Disney Co. | A | Dividend | K | T | Sold (part) | 01/06/16 | J | A | |
| 818. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 819. | | | | | Sold (part) | 02/22/16 | J | A | |
| 820. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 821. | | | | | Sold (part) | 10/21/16 | J | A | |
| 822. | | | | | Sold (part) | 10/28/16 | J | A | |
| 823. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 03/30/16 | J | | |
| 824. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 825. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 826. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 827. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 828. Xerox Corp. | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 829. | | | | | Sold (part) | 03/24/16 | J | A | |
| 830. | | | | | Sold (part) | 09/21/16 | J | A | |
| 831. | | | | | Sold (part) | 11/07/16 | J | A | |
| 832. Xilenx Inc. | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 833. | | | | | Buy (add'l) | 02/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Pollak, Cheryl L.      12/06/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 835. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 836. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 837. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 838. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 839. | | | | | Buy (add'l) | 05/24/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

**Name of Person Reporting**      **Date of Report**

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 5 of 55, Line 28 - AB Multi-Manager Alternative Fund (form. AllianceBernstein Multi-manager) was purchased on 12/31/15 and was not reflected on the 2015 report because it did not show up on the report from my accounts management company. However, it's reflected on the January 2016 - December 2016 report therefore it's being reported on this years' reports.

Page 7 of 55, Line 52 - Advansix - is a spinoff of Honeywell on 10/1/16.

Page 12 of 55, Line 153 - Bernstein New York Municipal Portfolio was purchased on 12/31/15 and was not reflected on the 2015 report because it did not show up on the report from my accounts management company. However, it's reflected on the January 2016 - December 2016 report therefore it's being reported on this years' reports.

Page 19 of 55, Line 256 - CVS / Caremark Corp. was renamed CVS Health Corp. on 9/3/14.

Page 25 of 55, Line 372 - Fortive Corp. is a spinoff of Danaher on 7/05/16.

Page 32 of 55, Line 486 - L-3 Communications Holdings was renamed L-3 Technologies on 12/31/16.

Page 46 of 55, Line 729; Templeton Global Bond Fund - This fund was incorrectly reported in the 2015 Financial Disclosure Report as a partial sale. This fund was in fact completely sold 12/16/15.

=====

In the 2015 Financial Disclosure Report, Page 27of 54 - Line 407 Legg Mason Clearbridge Appreciation Fund and Page 27of 54 - Line 408 Legg Mason Inc. were duplicative of page 19 Line of 256 Clearbridge Aggr Gwth and page 19 of 56 line 257 Clearbridge Appreciation Fund which are products put out by Legg Mason Global Asset Management.

=====

The holdings marked with (X) (American Beacon page 8 - line 78; American Century Heritage page 8 - line 81; Dodge & Cox Int'l Stock Fund page 21 - line 292; Edgewood Growth Inst'l. page 22 - line 321; Ishares Russell page 30 - line 458; Loomis Sayles Small Cap page 32 - line 490; SSGA S&P 500 Index page 45 - line 705) were transfers on April 14, 2016 to ▓▓▓▓ account from ▓▓▓▓ estate after ▓▓ death. They were all tax deferred IRA accounts and therefore there were no gains to report.

=====

Page 32 of 55, Line 491 - Lord Abbott Equity Fund; Page 32 of 55, Line 492 - LMP Real Estate Income; Page 32 of 55, Line 493 - LMP Stk Appr. Fund; Page 44 of 55, Line 690 - Seligman Communication Mutual Fund; - these are holdings ▓▓▓▓ acquired a very long time ago and we have no way of further describing it. In efforts of full disclosure, these holdings have been disclosed as a precaution rather than omitting them from the report even though he is not sure he still owns them.

=====

This amended report is filed in response to the letter dated December 6, 2017 received from the Committee on Financial Disclosure regarding the entries in Part VII, lines 1-16. After discussion with a Committee Staff member, these entries were removed from the report because they are not controlled by ▓▓▓▓ but are in the exclusive control of the LLP. Upon ▓▓▓▓ retirement from the Firm, they will be paid out and reported as non-investment income in Part III B.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl L. Pollak**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544